Certificate Number: 15725-ARE-CC-036791939



15725-ARE-CC-036791939

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 29, 2022, at 12:22 o'clock PM EDT, Charles Walker received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of Arkansas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   August 29, 2022              By:    /s/Eduardo Luis Verhelst Baena

                                     Name:  Eduardo Luis Verhelst Baena

                                     Title: Issuer

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).